Kohl v Memorial Sloan Kettering Cancer Ctr. (2026 NY Slip Op 01600)

Kohl v Memorial Sloan Kettering Cancer Ctr.

2026 NY Slip Op 01600

Decided on March 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 19, 2026

Before: Scarpulla, J.P., Kapnick, Pitt-Burke, Michael, Hagler, JJ. 

Index No. 101008/20|Appeal No. 6139|Case No. 2024-04152|

[*1]Haim Kohl, Plaintiff-Appellant,
vMemorial Sloan Kettering Cancer Center, et al., Defendants-Respondents.

Haim Kohl, appellant pro se.
Furman Kornfeld & Brennan LLP, New York (Megan B. Feinberg of counsel), for respondents.

Order, Supreme Court, New York County (John J. Kelley, J.), entered March 26, 2024, which denied plaintiff's motion to strike the affidavit of defendants' medical expert and granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
The court properly granted defendants' motion for summary judgment dismissing plaintiff's medical malpractice action. Defendants satisfied their prima facie burden through expert testimony that they did not depart from the applicable standard of care and did not proximately cause plaintiff's alleged injuries (see Ducasse v New York City Health & Hosps. Corp., 148 AD3d 434, 435 [1st Dept 2017]; Mulligan v New York Cornell Med. Ctr., 304 AD2d 492, 493 [1st Dept 2003]). In opposition, plaintiff failed to raise a triable issue of fact.
The court also properly denied plaintiff's motion to strike the affidavit of defendants' expert. Plaintiff's arguments with respect to the motion to strike are without merit.
We have considered plaintiff's additional arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 19, 2026